UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:11-cr-168-01 SEB-DKL |
| vs. ) | |
| ) | |
| NICOLE GRAVES, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**

The Court, having reviewed Magistrate Judge Baker's Report and Recommendation at Docket No. 18 recommending that Defendant's supervised release be modified to include a period of up to 120 days home confinement with electronic monitoring, and observing that no party has filed an objection within the time permitted by law, now approves and adopts the Magistrate Judge's Report and Recommendation as the order of the Court. Accordingly, Defendant's supervised release is modified to include a period of up to 120 days home confinement with electronic monitoring. Due to her financial status, the fees associated with Defendant's electronic monitoring are waived.

IT IS SO ORDERED.

Date: 12/05/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record via ECF

USPO – Attn: Shelly McKee